UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC.<br>      Plaintiff,<br><br>    v.<br><br>DELL INC.,<br><br>      Defendant. | Case No. 2:14-cv-00762-TYU |

**ORDER GRANTING DEFENDANT DELL INC.'S MOTION FOR LEAVE TO SEAL
EXHIBIT IN SUPPORT OF DELL'S MOTION TO CHANGE VENUE**

The Court, having considered Defendant Dell Inc.'s Motion For Leave To Seal Exhibit In Support Of Dell's Motion To Change Venue, finds good cause having been shown, the motion is meritorious and should be **GRANTED**.

  **IT IS SO ORDERED**

  **SIGNED this 11th day of March, 2015.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE