IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:14-cv-00762-RWS |
| | § | **(LEAD CASE)** |
| DELL, INC. | § | |
|     *Defendant.* | § | |

## REPORT OF COURT-APPOINTED MEDIATOR

The undersigned was appointed to mediate this case by Order entered November 10, 2014, by the Honorable Rodney Gilstrap, United States District Judge. Due to conflicts, I will be unable to serve as a mediator in this case.

Signed this 24th day of March 2015.

                                                                        Respectfully submitted,

                                                                         */s/ David Folsom* _____
                                                                         David Folsom
                                                                         TXBN: 07210800
                                                                         JACKSON WALKER, LLP
                                                                         6002-B Summerfield Drive
                                                                         Texarkana, Texas 75503
                                                                         Telephone: (903) 255-3250
                                                                         Facsimile: (903) 255-3265
                                                                         E-mail: dfolsom@jw.com

                                                                         *Court-Appointed Mediator*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 24th day of March 2015. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                                         */s/ David Folsom* _____
                                                                         David Folsom