UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC.<br><br>                      Plaintiff,<br><br>    v.<br><br>DELL INC.,<br><br>                      Defendant. | Case No. 2:14-cv-00762-TY U |

**ORDER**

On this day came on to be considered the parties Joint Motion to Extend the Deadline for Compliance with P.R. 4-3, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend be granted and that all parties in the cases referenced above be given to and including April 13, 2015 to comply with P.R. 4-3, filing of Joint Claim Construction and Prehearing Statement.

So ORDERED.

**SIGNED this 30th day of March, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE