# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** § | § | Case No. 2:14-cv-762-RWS |
| § | § | (Lead) |
| **Plaintiff,** § | § | |
| **v.** § | § | |
| § | § | |
| **LENOVO (UNITED STATES) INC.,** § | § | Case No. 2:14-cv-763-RWS |
| § | § | (Consolidated) |
| **Defendant.** § | § | |
| § | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY

Before the Court is Plaintiff Nexus Display Technologies LLC ("NDT") Unopposed Motion For Extension of Time to Respond to Written Discovery. Having considered the matter, the Court GRANTS the Motion and extends NDT's deadline to respond to discovery requests regarding Lenovo's Motion to Transfer Venue to March 25, 2015.

**SIGNED this 30th day of March, 2015.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE