# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DELL INC., § <br> § <br> Defendant. § | **Civ. No. 2:14-cv-0762** <br><br> **Jury Trial Requested** |

## NOTICE OF APPEARANCE

Defendant Dell Inc. files this Notice of Appearance and hereby notifies the Court and all parties of record that Todd Zubler of WilmerHale, 1875 Pennsylvania Avenue NW, Washington, DC 20006, is appearing as counsel of record on their behalf in the above-styled and numbered cause.

Dated:  April 1, 2015                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Todd Zubler
　　　　　　　　　　　　　　　　　　　　　　　Todd Zubler
　　　　　　　　　　　　　　　　　　　　　　　DC #459216
　　　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Ave. NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　202-663-6636 Phone
　　　　　　　　　　　　　　　　　　　　　　　202-663-6363 Fax
　　　　　　　　　　　　　　　　　　　　　　　Todd.Zubler@wilmerhale.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Dell Inc.*

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2015, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system, pursuant to Local Rule CV-5(a)(3).

>  */s/* Todd Zubler
>  Todd Zubler