**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC.<br><br>                              Plaintiff,<br><br>v.<br><br>DELL INC.,<br><br><br>                              Defendant. | Case No. 2:14-cv-00762-RWS |

**ORDER**

On this day came on to be considered the parties Joint Motion to Extend the Deadline for Compliance with P.R. 4-3, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend be granted and that all parties in the cases referenced above be given to and including April 20, 2015 to comply with P.R. 4-3, filing of Joint Claim Construction and Prehearing Statement. No further extensions will be given.  All other deadlines remain in place and will not be moved unless there is a showing of good cause.

So ORDERED.

**SIGNED this 14th day of April, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE