# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, | § | |
| | § | |
| Plaintiff, | § | Civ. No. 2:14-cv-0762 |
| | § | |
| v. | § | |
| | § | |
| DELL INC., | § | **Jury Trial Requested** |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CLARIFICATION

Before the Court is Defendant's Unopposed Motion for Clarification of the Court's Order Granting Plaintiff's Unopposed Motion For Extension of Time to Respond to Defendant Dell, Inc's Motion to Change Venue. (Dkt. 75) Having considered the matter, the Court clarifies that Dell Inc.'s deadline to file its Reply in support of its Motion to Change Venue is April 23, 2015.

**SIGNED this 14th day of April, 2015.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

ActiveUS 144317443v.1