**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC** | § § § § | |
| Plaintiff | § | |
| v. | § § | No. 2:14-cv-762-RWS |
| **DELL INC.** | § § § | |
| Defendant. | § § | |

**ORDER GRANTING JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DISCOVERY DEADLINE**

Before the Court is Defendants' Unopposed Motion to Extend the Claim Construction Discovery Deadline. Having carefully considered the matter, the Court **GRANTS** the Motion and extends the deadline to complete claim construction discovery until May 20, 2015. To the extent that this extension affects claim construction briefing, the parties are to meet and confer and submit a new briefing schedule no later than May 11, 2015. All claim construction briefing must be completed by June 8, 2015.

**SIGNED this 22nd day of April, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE