**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § § § | |
| | § | **CIVIL ACTION NO. 2:14-CV762** |
| **vs.** | § § | |
| **DELL INC.,** *et al*. | § § | |

# ORDER

Before the Court is Judge David Folsom's Report of Court-Appointed Mediator (Docket No. 88). Due to conflicts, Judge Folsom is no longer able to sever as a mediator in this case. *Id.* Accordingly, the Order Appointing Mediator (Docket No. 41) is **VACATED**.

The parties are **ORDERED** to meet and confer and submit a joint notice proposing a new mediator no later than **May 1, 2015**. Should the parties be unable to reach an agreement by this date, they shall notify the Court and one will be appointed.

SIGNED this 23rd day of April, 2015.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE