# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DELL INC.,<br><br>    Defendant. | Civil Action No. 2:14-cv-00762<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr., of Gillam & Smith, LLP enters his appearance on behalf of Defendant DELL INC. in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

Dated: April 24, 2015

Respectfully submitted,

  */s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: gil@gillamsmithlaw.com

*Attorney for Defendant*
*DELL INC.*

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of April, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                */s/ Harry L. Gillam, Jr.*
                Harry L. Gillam, Jr.