**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § | **Civil Action No: 2:14-cv-00762-RWS** |
| | § | **(Lead Case)** |
| **Plaintiff,** | § | |
| | § | **Jury Trial Requested** |
| **v.** | § | |
| | § | |
| **DELL INC.** | § | **Civil Action No: 2:14-cv-00762-RWS** |
| **LENOVO (UNITED STATES) INC.** | § | **Civil Action No. 2:14-cv-00763-RWS** |
| **NEC CORP. AND NEC DISPLAY** | § | **Civil Action No. 2:14-cv-0766-RWS** |
| **SOLUTIONS OF AMERICA, INC.** | § | **(Consolidated Cases)** |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

## JOINT NOTICE OF AGREED MEDIATOR

Pursuant to the Court's Order of April 23, 2015 (D.I. 108) Plaintiff Nexus Display

Technologies LLC ("NDT"), Defendants Dell, Inc. ("Dell") and Lenovo (United States) Inc.

("Lenovo"), hereby jointly submit this notice of agreed mediators.

NDT and Dell have agreed on Hon. James Ware (Ret.) as mediator for consolidated civil

action no. 2:14-cv-00762-RWS.

> Hon. James Ware (Ret.)
> JAMS
> Two Embarcadero Center, Suite 1500
> San Francisco, CA  94111
> Telephone: 415-774-2657
> Facsimile: 415-982-5287
> E-mail: jware@jamsadr.com

NDT and Lenovo have agreed on Hon. Robert Faulkner (Ret.) as mediator for consolidated civil action no. 2:14-cv-00763-RWS.

> Hon. Robert Faulkner (Ret.)
> JAMS
> 8401 N. Central Expressway
> Suite 610
> Dallas, TX 75225
> Telephone: 214-891-4523
> Facsimile: 214-720-6010
> E-mail: rfaulkner@jamsadr.com

DATED: May 1, 2015                Respectfully submitted,

*/s/ Alisa A. Lipski*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Michael McBride
Texas Bar No.24065700
mmcbride@azalaw.com
Alisa A. Lipski
Texas Bar No. 24141345
alipski@azalaw.com
Justin Chen
Texas Bar No. 24074204
jchen@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF NEXUS DISPLAY TECHNOLOGIES, LLC**

*/s/ Kathleen Barry*

Deron R. Dacus
Email: ddacus@dacusfirm.com
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Fax: (903) 705-1117

Kimball R. Anderson
Email: kanderson@winston.com
Kathleen B. Barry
Email: kbarry@winston.com
Anthony D. Pesce
Email: APesce@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

Jude J. Andre
Email: jandre@winston.com
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Fax: (713) 651-2700

**ATTORNEYS FOR DELL INC.**

*/s/ Eric Klein*
 Fred Irvin Williams
Akin Gump Strauss Hauer & Feld LLP
600 Congress Avenue, Suite 1350
Austin, TX 78701-3911
Telephone: (512) 499-6200
Fax: (512) 499-6290
Email: fwilliams@akingump.com

Eric Joseph Klein
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: eklein@akingump.com

**ATTORNEYS FOR LENOVO (UNITED STATES), INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 1, 2015.

*/s/ Alisa A. Lipski*
Alisa A. Lipski