# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, | Civil Action No: 2:14-cv-00762 |
| Plaintiff, | (Lead Case) |
| v. | |
| DELL INC. ET AL | |
| Defendants. | Jury Trial Requested |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Defendant Dell Inc. hereby designates Deron R. Dacus, The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, as lead counsel in this cause.

Dated: May 5, 2015

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

Kimball R. Anderson
kanderson@winston.com
Kathleen B. Barry
kbarry@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
***Attorneys for Defendant Dell Inc***

CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of May, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                   */s/Deron R. Dacus*
                                                 Deron R. Dacus