**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § § § | |
| **vs.** | § § | **CIVIL ACTION NO. 2:14-CV762** |
| **DELL INC.,** *et al*. | § § | |

**ORDER**

This case is currently set for claim construction hearing before Judge Robert W. Schroeder III on June 22, 2015.  A technical advisor has not been appointed.  The parties are **ORDERED** to meet and confer and submit a joint proposal for a technical advisor by **May 26, 2015**.  Should the parties be unable to reach an agreement by this date, they shall notify the Court and one will be appointed.

**SIGNED this 12th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE