# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § § § |
| Plaintiff, | § § Civil Action No. 2:14-cv-00762 |
| v. | § § **JURY TRIAL DEMANDED** |
| **DELL INC.,** | § § |
| Defendant. | § § |

## ORDER GRANTING MOTION TO EXTEND CLAIM CONSTRUCTION DEADLINE

Before the Court is Defendants' Unopposed Motion to Extend Claim Construction Deadline. Having carefully considered the matter, the Court **GRANTS** the Motion and extends the deadline to complete claim construction discovery until June 18, 2015.

**SIGNED this 29th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE