# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DELL INC.,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-00762-RWS |

## ORDER GRANTING MOTION FOR EXPEDITED BRIEFING

Before the Court is Dell's Unopposed Motion for Expedited Briefing for Dell Inc.'s Motion to Strike Plaintiff's Untimely Expert Declaration. Having carefully considered the matter, the Court **GRANTS** the Motion and sets the following briefing schedule:

| EVENT | DATE |
|---|---|
| Motion to Strike | May 26, 2015 |
| Opposition to Motion to Strike | June 9, 2015 |
| Reply in Support of Motion to Strike | June 15, 2015 |
| Sur-Reply to Motion to Strike | June 18, 2015 |

**SIGNED this 2nd day of June, 2015.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE