**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC** | § § § | |
| **Plaintiff** | § § | |
| **v.** | § § | No. 2:14-cv-762 |
| **DELL INC.** | § § § | |
| **Defendant.** | § § § | |

**ORDER GRANTING MOTION TO EXTEND PAGE LIMITS OF CLAIM
CONSTRUCTION BRIEFS**

Before the Court is Defendants' Unopposed Motion to Extend Page Limits of Claim

Construction Briefs.  Having carefully considered the matter, the Court **GRANTS** the Motion

and extends the page limits for the responsive and reply claim construction briefs by five pages

each.

    **SIGNED this 2nd day of June, 2015.**


                                         *Robert W Schroeder III*
                                         ROBERT W. SCHROEDER III
                                         UNITED STATES DISTRICT JUDGE