**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § § § | |
| **vs.** | § § | **CIVIL ACTION NO. 2:14-CV-762** |
| **DELL INC.,** *et al*. | § § | |

**ORDER**

Before the Court is the parties' Notice on Proposed Technical Advisor (Docket No. 126). In the Notice, the parties jointly propose Scott E. Woloson as technical advisor in this matter. The Court **APPOINTS** Scott Woloson as technical advisor with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after the date of this Order: (1) in PDF form to scott@scottwolosonlaw.com; and (2) in paper form, double-sided, either spiral-bound or in a 3-ring binder, with tabbed exhibits to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055. If the document was filed with the Court, the copy must include the CM/ECF header.

**SIGNED this 2nd day of June, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE