# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § | Civil Action No: 2:14-cv-00762-RWS |
| | § | (Lead Case) |
| **Plaintiff,** | § | |
| | § | **Jury Trial Requested** |
| v. | § | |
| | § | |
| **DELL INC.** | § | Civil Action No: 2:14-cv-00762-RWS |
| **LENOVO (UNITED STATES) INC.** | § | Civil Action No. 2:14-cv-00763-RWS |
| **PANASONIC CORP. OF NORTH AMERICA** | § | Civil Action No. 2:14-cv-00764-RWS |
| **EIZO CORP. AND EIZO INC.** | § | Civil Action No. 2:14-cv-00765-RWS |
| **NEC CORP. AND NEC DISPLAY SOLUTIONS OF AMERICA, INC.** | § | Civil Action No. 2:14-cv-00766-RWS |
| | § | (Consolidated Cases) |
| **Defendants.** | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Before the Court is Nexus Display Technologies LLC ("NDT") and Panasonic Corp. of North America's ("Panasonic") Joint Stipulation of Dismissal Without Prejudice. Upon consideration, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims and counterclaims of both NDT and Panasonic in Case No. 2:14-cv-764 are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **ORDERED** to terminate Panasonic from the lead case, civil action 2:14-cv-762, and close the member case, civil action 2:14-cv-764.

So Ordered and Signed this

**Jun 2, 2015**