**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** § | | **Civil Action No: 2:14-cv-00762-RWS** |
| § | | **(Lead Case)** |
| **Plaintiff,** § | | |
| § | | **Jury Trial Requested** |
| v. § | | |
| § | | |
| **DELL INC.** § | | **Civil Action No: 2:14-cv-00762-RWS** |
| **LENOVO (UNITED STATES) INC.** § | | **Civil Action No. 2:14-cv-00763-RWS** |
| **PANASONIC CORP. OF NORTH** § | | **Civil Action No. 2:14-cv-00764-RWS** |
| **AMERICA** § | | |
| **EIZO CORP. AND EIZO INC.** § | | **Civil Action No. 2:14-cv-00765-RWS** |
| **NEC CORP. AND NEC DISPLAY** § | | **Civil Action No. 2:14-cv-00766-RWS** |
| **SOLUTIONS OF AMERICA, INC.** § | | **(Consolidated Cases)** |
| § | | |
| **Defendants.** § | | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Before the Court is Nexus Display Technologies LLC ("NDT") and Eizo Corp. and Eizo Inc.'s (collectively, "Eizo") Joint Stipulation of Dismissal With Prejudice. Upon consideration, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims and counterclaims of both NDT and Eizo in Case No. 2:14-cv-765 are **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

Also before the Court is the parties' Joint Motion to Stay Case Deadlines Pending Finalization of Settlement (Docket No. 77). The Motion to Stay is hereby **DENIED AS MOOT**. The Clerk is **ORDERED** to terminate Eizo from the lead case, civil action number 2:14-cv-762, and terminate the member case, civil action number 2:14-cv-765.

So Ordered and Signed this

Jun 2, 2015

*/s/ Robert W Schroeder III*