# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **DELL INC.** § <br> **LENOVO (UNITED STATES) INC.** § <br> **NEC CORP. AND NEC DISPLAY** § <br> **SOLUTIONS OF AMERICA, INC.** § <br> § <br> Defendants. § | | Civil Action No: 2:14-cv-00762-RWS <br> (Lead Case) <br><br> **Jury Trial Requested** <br><br> Civil Action No: 2:14-cv-00762-RWS <br> Civil Action No. 2:14-cv-00763-RWS <br> Civil Action No. 2:14-cv-0766-RWS <br> (Consolidated Cases) |

## ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Joint Stipulation of Plaintiff Nexus Display Technologies LLC ("Plaintiff") and Defendants NEC Corp. and NEC Display Solutions of America, Inc. (collectively, "NEC") to Dismiss With Prejudice.

In accordance with Fed. R. Civ. P. 41(a), the Court hereby **ORDERS** that all claims by Plaintiff against NEC and all counterclaims by NEC against Plaintiff are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

Also before the Court is the parties' Joint Motion to Stay Case Deadlines Pending Finalization of Settlement (Docket No. 95). The Motion to Stay is hereby **DENIED AS MOOT**. The Clerk is **ORDERED** to terminate NEC from the lead case, civil action number 2:14-cv-762, and close the member case, civil action number 2:14-cv-766.

So Ordered and Signed this

*Robert W Schroeder III*

Jun 2, 2015