IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, | § § § | |
| vs. | § § | CIVIL ACTION NO. 2:14-CV-762 |
| DELL INC., *et al*. | § § | |

# ORDER

Before the Court is Plaintiff Nexus Display Technologies, LLC ("NDT") and Defendants Dell, Inc. ("Dell") and Lenovo (United States) Inc.'s ("Lenovo") Joint Notice of Agreed Mediator (Docket No. 119). In the Notice, NDT and Dell jointly propose Judge James Ware (Ret.) to mediate consolidated lead civil action number 2:14-cv-762. Docket No. 119 at 1. NDT and Lenovo jointly propose Judge Robert Faulkner to mediate consolidated member civil action 2:14-cv-763. *Id.* at 2. The Court notes that Judge Rodney Gilstrap appointed Judge Faulkner on November 10, 2014. Civil Action No. 2:14-cv-763; Docket No. 18. Judge Faulkner shall remain the mediator for the NDT and Lenovo matter.

The Court hereby **APPOINTS** Judge James Ware (Ret.) of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California 94111, telephone number 415-774-2657, fax number 415-982-5287, and email jware@jamsadr.com as mediator for NDT and Dell in the consolidated lead civil action number 2:14-cv-762 only. The Court designates NDT's counsel responsible for timely contacting the mediator and Dell's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order. Within five days of the conclusion of the mediation, the mediator is requested to file with the Court a Mediator's Report regarding the result.

Mediation shall be governed by the Eastern District's Court-Annexed Mediation Plan. *See*, the Mediation section on the website for the Eastern District of Texas, www.txed.uscourts.gov. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professions (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**So ORDERED and SIGNED this 10th day of June, 2015.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE