**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DELL INC.,<br><br>        Defendant. | Case No. 2:14-cv-00762-RWS |

**NOTICE REGARDING RESOLUTION OF
<u>CLAIM CONSTRUCTION DISPUTES FOR U.S. PATENT NO. 7,143,328</u>**

The parties hereby notify the Court that they have reached resolution with respect to the construction of three claim terms from U.S. Patent No. 7,143,328 ("the '328 patent"). Specifically, the parties have agreed to the constructions identified in the table below. This agreement resolves all pending claim construction disputes with respect to the '328 patent.

| TERM | AGREED CONSTRUCTION |
|---|---|
| the auxiliary data [enable] signal is one of the appended to an end of the video data [enable] signal and pre-pended to a beginning of the video data [enable] signal | the auxiliary data [enable] signal is either merged with the trailing edge of the video [data] enable signal at the start of the blanking period or merged with the leading edge of the video [data] enable signal at the end of the blanking period |
| pre-pended to a beginning of the video data [enable] signal | merged with the video data [enable] signal at the leading edge of the video data [enable] signal and at the end of the blanking period |
| appended to an end of the video data [enable] signal | merged with the video data [enable] signal at the trailing edge of the video data [enable] signal and at the start of the blanking period |

Dated: June 23, 2015                                   Respectfully submitted,

                                                       */s/ Harry L. Gillam Jr.*
                                                       Harry L. Gillam, Jr.
                                                       State Bar No. 07921800
                                                       Email: gil@gillamsmithlaw.com
                                                       GILLAM & SMITH, L.L.P.
                                                       303 South Washington Avenue
                                                       Marshall, Texas 75670
                                                       Tel: (903) 934-8450
                                                       Fax.: (903) 934-9257

                                                       Deron R. Dacus
                                                       Texas State Bar No. 00790553
                                                       Email: ddacus@dacusfirm.com
                                                       THE DACUS FIRM, PC
                                                       821 ESE Loop 323, Suite 430
                                                       Tyler, TX 75701
                                                       Telephone: (903) 705-1117
                                                       Facsimile: (903) 705-1117

                                                       Kimball R. Anderson
                                                       Email: kanderson@winston.com
                                                       Kathleen B. Barry
                                                       Email: kbarry@winston.com
                                                       Anthony D. Pesce
                                                       Email: APesce@winston.com
                                                       WINSTON& STRAWN LLP
                                                       35 West Wacker Drive
                                                       Chicago, IL 60601
                                                       Telephone: (312) 558-5600
                                                       Facsimile: (312) 558-5700

                                                       Jude J. Andre
                                                       Email: jandre@winston.com
                                                       WINSTON& STRAWN LLP
                                                       1111 Louisiana, 25th Floor
                                                       Houston, Texas 77002
                                                       Telephone: (713) 651-2600
                                                       Facsimile:  (713) 651-2700

                                                       Mark G. Matuschak
                                                       Email: mark.matuschak@wilmerhale.com

Omar A. Khan
Email: omar.khan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax.: (212) 230-8888

Todd Zubler
Email: todd.zubler@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax.: (202) 663-6363

Elizabeth Reilly
Email: beth.reilly@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6704
Fax.: (617) 526-5000

***ATTORNEYS FOR DEFENDANT
DELL INC.***

>  */s/ Amir Alavi*
> Demetrios Anaipakos
> Texas Bar No. 00793258
> danaipakos@azalaw.com
> Amir Alavi
> Texas Bar No. 00793239
> aalavi@azalaw.com
> Michael McBride
> Texas Bar No.24065700
> mmcbride@azalaw.com
> Alisa A. Lipski
> Texas Bar No. 24141345
> alipski@azalaw.com
> Justin Chen
> Texas Bar No. 24074024
> jchen@azalaw.com
> Jamie A. Aycock
> Texas Bar No. 24050241
> jamieaycock@azalaw.com
> Kenneth A. Young
> Texas Bar No. 24088699
> kyoung@azalaw.com
> AHMAD, ZAVITSANOS, ANAIPAKOS,
> ALAVI & MENSING P.C.
> 1221 McKinney Street, Suite 3460
> Houston, TX 77010
> Telephone: 713-655-1101
> Facsimile: 713-655-0062
>
> ***ATTORNEYS FOR PLAINTIFF***
> ***NEXUS DISPLAY TECHNOLOGIES LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system for Local Rule CV-5(a)(3)(A).

Dated: June 23, 2015

> */s/ Harry L. Gillam, Jr.*
> Harry L. Gillam, Jr.