**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § | **Civil Action No: 2:14-cv-00762-RWS** |
| | § | **(Lead Case)** |
| **Plaintiff,** | § | |
| | § | **Jury Trial Requested** |
| v. | § | |
| | § | |
| **DELL INC.** | § | **Civil Action No: 2:14-cv-00762-RWS** |
| **LENOVO (UNITED STATES) INC.** | § | **Civil Action No. 2:14-cv-00763-RWS** |
| | § | **(Consolidated Cases)** |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

On this day, the Court considered the Joint Motion to Extend the Deadline to Complete Mediation filed by Plaintiff Nexus Display Technologies LLC and Defendants Lenovo (United States) Inc. The Court is of the opinion that the Motion is meritorious, and it is **GRANTED**. It is therefore **ORDERED** that the deadline to complete mediation is extended until August 4, 2015.

**SIGNED this 22nd day of July, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE