# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, | Civil Action No: 2:14-cv-00762 |
| | (Lead Case) |
| Plaintiff, | |
| v. | |
| DELL INC. and | No: 2:14-cv-00762 |
| LENOVO (UNITED STATES) INC. | No. 2:14-cv-00763 |
| | (Consolidated Cases) |
| Defendants. | |
| | Jury Trial Requested |

## NOTICE OF FILING

In compliance with the Court's Docket Control Order [Dkt. No. 47], Defendant Dell Inc. files this Notice of its letter to the Court requesting permission to file a motion for summary judgment that Plaintiff Nexus Display Technologies, LLC may not recover damages for any alleged infringement of U.S. Patent Nos. 5,835,498, 7,143,328, 7,295,578, and 7,599,439 due to laches.

Dated: August 26, 2015              Respectfully submitted,

                                    */s/ Kimball R. Anderson*

                                    Deron R. Dacus
                                    ddacus@dacusfirm.com
                                    Texas State Bar No. 00790553
                                    THE DACUS FIRM, PC
                                    821 ESE Loop 323, Suite 430
                                    Tyler, TX 75701
                                    Telephone: (903) 705-1117
                                    Facsimile: (903) 705-1117

                                    Kimball R. Anderson
                                    kanderson@winston.com

```
```
Kathleen B. Barry  
kbarry@winston.com  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, IL 60601  
Telephone: (312) 558-5600  
Facsimile: (312) 558-5700  
*Attorneys for Defendant Dell Inc.*

Kathleen B. Barry  
kbarry@winston.com  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, IL 60601  
Telephone: (312) 558-5600  
Facsimile: (312) 558-5700  
*Attorneys for Defendant Dell Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 26, 2015.

/s/ Kimball R. Anderson

Kimball R. Anderson
kanderson@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorney for Defendant Dell Inc.*