# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC. and<br>LENOVO (UNITED STATES) INC.<br><br>Defendants. | Civil Action No: 2:14-cv-00762<br><br>(Lead Case)<br><br><br><br>No: 2:14-cv-00762<br>No. 2:14-cv-00763<br>(Consolidated Cases)<br><br>Jury Trial Requested |

## NOTICE OF FILING

In compliance with the Court's Docket Control Order [Dkt. No. 47], Defendant Dell Inc. files this Notice of its letter to the Court requesting permission to file a motion for summary judgment that Defendant Dell Inc. is entitled to summary judgment on its claim for breach of contract on FRAND.

Dated: August 26, 2015

Respectfully submitted,

*/s/ Kimball R. Anderson*

Deron R. Dacus
ddacus@dacusfirm.com
Texas State Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117

Kimball R. Anderson
kanderson@winston.com
Kathleen B. Barry
kbarry@winston.com

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorneys for Defendant Dell Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 26, 2015.

*/s/* Kimball R. Anderson

Kimball R. Anderson
kanderson@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorney for Defendant Dell Inc.*