# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **NEXUS DISPLAY TECHNOLOGIES LLC,** | § | Civil Action No: 2:14-cv-00762-RWS |
| | § | (Lead Case) |
| **Plaintiff,** | § | |
| | § | **Jury Trial Requested** |
| v. | § | |
| | § | |
| **DELL INC.** | § | Civil Action No: 2:14-cv-00762-RWS |
| **LENOVO (UNITED STATES) INC.** | § | Civil Action No. 2:14-cv-00763-RWS |
| | § | (Consolidated Cases) |
| | § | |
| **Defendants.** | § | |

## ORDER

The Court, upon consideration of the Unopposed Motion for Extension, finds that the motion should be GRANTED.

It is hereby ORDERED that the deadlines for the parties to complete fact discovery and file motions to compel discovery is extended to September 7, 2015.  The deadline to serve Expert Reports is September 23, 2015 and Rebuttal Expert Reports are due October 21, 2015.  The deadline to complete Expert Discovery is November 4, 2015.

**SIGNED this 14th day of September, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE