# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC, § § §<br>    Plaintiff § §<br>vs. § §<br>DELL INC., *et al.*, § § §<br>    Defendants. § | CIVIL ACTION NO. 2:14-CV-762 |

## ORDER

On October 9, 2015, Plaintiff Nexus Display Technologies LLC ("NDT") filed its Emergency Sealed Opposed Motion to Enforce Docket Control Order (Docket No. 253). In order for the Court to timely consider the matter, the parties are **ORDERED** to file an agreed briefing schedule by **October 16, 2015**. If the parties cannot agree on a schedule, the Court will assign one.

SIGNED this 14th day of October, 2015.

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE